
**FILED**
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT D. CAMACHO,<br>Director of Corrections,<br>Government of Guam, and<br><br>THE ATTORNEY GENERAL OF GUAM,<br><br>Respondents. | Civil Case No. 05-00014<br><br>**ORDER** |

The Court is in receipt of Petitioner Randy Chargulaf's Petition for Writ of Habeas Corpus filed on May 5, 2005 pursuant to 28 U.S.C. § 2254. The Respondents shall have until July 15, 2005, to file any opposition to Petitioner's filing. If an opposition is received, Petitioner shall have thirty (30) days from receipt of the opposition in which to file a reply. If the Court finds that a hearing is necessary on Petitioner's motion, then one shall be set at a later date.

**IT IS SO ORDERED** this 13 day of June, 2005.

RICARDO S. MARTINEZ*
United States District Judge

---

\* The Honorable Ricardo S. Martinez, United States District Judge for Western Washington, by designation.