Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the Government of Guam



FILED
DISTRICT COURT OF GUAM
JUL 20 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| RANDY IGNACIO CHARGALAF, | ) Civil Case No. CV05-00014 |
|---|---|
| Petitioner, | ) |
| vs. | ) DECLARATION OF SERVICE |
| ROBERT D. CAMACHO, Director of Corrections, Government of Guam, and THE ATTORNEY GENERAL OF GUAM, | ) |
| Respondents. | ) |

I, FRANCISCO M. SANTOS, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **Opposition to Petition for Writ of Habeas Corpus** by delivering to:

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Howard Trapp | 200 Saylor Building Hagatna, GU | 07/15/05; 3:00pm |

Page 1
*Declaration of Service*
District Court Civil Case No. CV05-00014

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Dated this 18th day of July, 2005.

_____<br>
FRANCISCO M. SANTOS<br>
Process Officer

Page 2
*Declaration of Service*
District Court Civil Case No. CV05-00014