
FILED
DISTRICT COURT OF GUAM
APR 19 2006 
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT D. CAMACHO,<br>Director of Corrections,<br>Government of Guam, and<br><br>THE ATTORNEY GENERAL OF GUAM,<br><br>Respondents. | Civil Case No. 05-00014<br><br>**ORDER**<br><br>Re: Petitioner's Motion for Relief<br>Pursuant to 28 U.S.C. § 2254 |

The Court is in receipt of Petitioner Randy Chargualaf's ("Chargualaf") Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. A district court has the duty to independently review the relevant portions of the state court record when the petition raises mixed issues of law and fact. *Hamilton v. Vasquez*, 882 F.2d 1469, 1470-71 (9th Cir.1989); *Reiger v. Christensen*, 789 F.2d 1425, 1428-29 (9th Cir.1986). An example of a mixed question of law and fact is the determination of effective assistance of counsel, which is the question presented in this case. *Reiger*, 789 F.2d at 1428; *Strickland v. Washington*, 466 U.S. 668, 104 S.Ct. 2052 (1984). After review of the pleadings and excerpts of the record from the Superior Court of Guam, the Court finds that it is in need of additional portions of the record. Chargualaf is ordered to provide the Court with the following additional documents/portions of the record:

### GUAM SUPERIOR COURT CASE NO. CF 317-97

1. Minutes of Magistrate Hearing held July 22, 1997.
2. Notice of Appointment of Attorney Bischoff filed on July 24, 1997.
3. Minutes of hearing held on August 22, 1997.

**ORIGINAL**

4. Transcript of August 22, 1997 hearing. (Tape # 94-1473, Log # 2310).

5. Two Notices of Appointment of Attorney Mark Williams filed on August 27, 1997 and August 29, 1997.

6. Motion to Withdraw/Order Appointing Counsel filed by Attorney Bischoff on August 27, 1997.

7. Voucher for Compensation and Client Billing Worksheet submitted by Attorney Bischoff for services rendered between July 28, 1997 through August 18, 1997.

8. Order appointing investigator filed September 26, 1997.

9. Voucher # 3689 for Compensation and Client Billing Worksheet submitted by Attorney Williams for services rendered between August 28, 1997 through September 26, 1997.

10. Voucher # 1910 for Compensation and Client Billing Worksheet submitted by Attorney Williams for services rendered between December 11, 1997 through January 15, 1998.

11. Request for Discovery filed by Attorney Williams on March 3, 1998.

12. Voucher # 4457 for Compensation and Client Billing Worksheet submitted by Trace Investigations for services rendered between October 24, 1997 through November 14, 1997.

13. Voucher # 3699 for Compensation and Client Billing Worksheet submitted by Attorney Williams for services rendered between October 1, 1997 through November 13, 1997.

14. Voucher # 4802 for Compensation and Client Billing Worksheet submitted by Attorney Williams for services rendered between January 20, 1998 through January 30, 1998.

15. Voucher # 3922 for Compensation and Client Billing Worksheet submitted by Trace Investigations for services rendered between December 4, 1997 through December 8, 1997.

16. Motion to Supress filed by Attorney Williams on April 8, 1998.

17. Notice of Motion, Motion to Withdraw as Counsel and Memorandum and Points and Authorities in support of motion to withdraw filed by Attorney Williams on May 7, 1998.

18. Notice of Appointment of Attorney Alexander Gorman filed on May 7, 1998.

19. Minutes of Criminal Trial Setting held May 8, 1998.

20. Transcript of May 8, 1998 hearing. (Tape # 98-623, Log # 2710).

21. Voucher # 4835 for Compensation and Client Billing Worksheet submitted by Attorney Williams for services rendered between February 14, 1998 through April 8, 1998.

22. Voucher # 3912 for Compensation and Client Billing Worksheet submitted by Trace Investigations for services rendered between January 7, 1998 through February 9, 1998.

23. Voucher # 05967 for Compensation and Client Billing Worksheet submitted by Attorney Gorman for services rendered between May 7, 1998 through July 29, 1998.

24. Request and Order appointing investigator filed by Attorney Gorman on August 12, 1998.

25. Minutes of hearings held on August 17, 1998 and August 18, 1998.

26. Transcripts of August 17 and 18, 1998 hearings.

27. Minutes of criminal trial setting held on August 21, 1998.

28. Transcript of August 21, 1998 hearing. (Tape # 98-1288, Log # 5010).

29. Order Relieving Attorney Gorman and Appointing Attorney Rawlen Mantanona filed by Attorney Gorman on September 10, 1998.

30. Motion to Withdraw as Counsel filed by Attorney Gorman on September 10, 1998.

31. Notice of Appointment of Attorney Mantanona filed on September 10, 1998.

32. Voucher # 4584 for Compensation and Client Billing Worksheet submitted by Attorney Gorman for services rendered between August 13, 1998 through September 2, 1998.

33. Notice of Appointment of Attorney Mantanona filed on October 26, 1998.

34. Voucher # 05762 for Compensation and Client Billing Worksheet submitted by Attorney Mantanona for services rendered between September 11, 1998 through October 28, 1998.

35. Minutes of hearing held on January 28, 1999.

36. Transcript of January 28, 1999 hearing.

37. Minutes of hearing held on February 5, 1999.

38. Transcript of February 5, 1999 hearing. (Tape # 99-94, Log # 4480).

39. Notice of Motion and Motion to Continue Trial, Declaration of Counsel and Memorandum of Points and Authorities filed by Attorney Mantanona on February 9, 1999.

40. Notice of Motion and Motion to Suppress Bad Acts Pursuant to 404(b) and Memorandum of Points and Authorities filed by Attorney Mantanona on February 16, 1999.

41. Notice of Motion and Motion to Suppress in Court Identification and Memorandum of Points and Authorities filed by Attorney Mantanona on March 9, 1999.

| | | |
|---|---|---|
| 42. | Notice of Motion and Motion to Suppress Evidence and Memorandum of Points and Authorities filed by Attorney Mantanona on March 9, 1999. | |
| 43. | Notice of Motion and Motion to Compel Discovery and Memorandum of Points and Authorities filed by Attorney Mantanona on March 9, 1999. | |
| 44. | Voucher # 5832 for Compensation and Client Billing Worksheet submitted by Attorney Mantanona for services rendered between January 8, 1998 through January 28, 1998. | |
| 45. | Declaration of Attorney Mantanona to Continue Trial, filed on March 12, 1999. | |
| 45. | Declaration of Attorney Mantanona filed on March 16, 1999. | |
| 46. | Rule 9 Statement filed by Attorney Mantanona on March 16, 1999. | |
| 47. | Exparte Motion to Withdraw as Counsel filed by Attorney Mantanona on March 16, 1999. | |
| 48. | Exparte Motion to Shorten Time for Hearing on Motion to Withdraw filed by Attorney Mantanona on March 16, 1999. | |
| 49. | Notice of Motion and Motion to Withdraw as Counsel and Memorandum of Points and Authorities filed by Attorney Mantanona on March 18, 1999. | |
| 50. | Stipulation and Order filed by Attorney Mantanona on March 18, 1999. | |
| 51. | Minutes of hearing held on March 18, 1999. | |
| 52. | Notice of Additional Authorities filed by Attorney Timblin on April 6, 1999. | |
| 53. | Reply to Oppostition to Motion to Suppress filed by Attorney Timblin on April 12, 1999. | |
| 54. | Minutes of motion hearing held on April 13, 1999. | |
| 55. | Transcript of April 13, 1999 motion hearing. (Tape # 99-602, Log # 2428). | |
| 56. | Decision and Order Regarding Motions to Dismiss and Suppress evidence filed on April 23, 1999. | |
| 57. | Minutes of motion hearing held on May 6, 1999. | |
| 58. | Minutes of hearing held on May 14, 1999. | |
| 59. | Transcript of May 14, 1999 hearing (Tape # 99-673, Log # 2390) | |
| 60. | Decision and Order Regarding Motions to Compel Discovery and Suppress in Court Identification and Bad Acts filed on July 15, 1999. | |
| 61. | Minutes of Criminal Trial Setting held on July 30, 1999. | |
| 62. | Transcript of July 30, 1999 trial setting. (Tape # 99-1236, Log # 3865). | |
| 63. | Minutes of hearing held on October 4, 1999. | |

| | |
|---|---|
| 64. | Transcript of October 4, 1999 hearing. (Tape # 99-1642, Log # 705). |
| 65. | Motion in Limine filed by Attorney Timblin on October 27, 1999. |
| 66. | Minutes of Motion in Limine held on November 1, 1999. |
| 67. | Transcript of November 1, 1999 Motion in Limine. (Tape # 99-1775, Log # 1080). |
| 68. | Complete Transcripts and Minutes of the entire Jury Trial from Jury Selection to Verdict including any conferences and or hearings that were held outside of the presence of the jury. (November 1, 1999 through November 9, 1999). |
| 69. | Subpoena and Certificate of Service regarding witness Benjamin Certeza filed on November 3, 1999. |
| 70. | Verdict Forms as completed by the jury filed on November 9, 1999. |
| 71. | Motion and Affidavit of Chargualaf to be confined at the Agana Detention Facility filed by Attorney Timblin on December 3, 1999. |
| 72. | Voucher # 06555 for Compensation and Client Billing Worksheet submitted by Attorney Mantanona for services rendered between February 2, 1999 through February 19, 1999. |
| 73. | Voucher # 06393 for Compensation and Client Billing Worksheet submitted by Trace Investigations for services rendered between April 28, 1998 through February 10, 1999. |
| 74. | Voucher # 07284 for Compensation and Client Billing Worksheet submitted by Attorney Mantanona for services rendered between March 5, 1999 through March 19, 1999. |
| 75. | Minutes of Sentencing Hearing held on February 1, 2000. |
| 76. | Transcript of February 1, 2000 Sentencing Hearing. (Tape # 02-143, Log # 3430). |
| 77. | Subpoena and Certificate of Service regarding witness Cpl. Thomas Ananich filed on February 1, 2000. |
| 78. | Judgment March 9, 2000. |
| 79. | Voucher for Compensation and Client Billing Worksheet submitted by Attorney Timblin for services rendered between March 19, 1999 through February 24, 2000. |
| 80. | Notice of Entry on the Docket filed on March 15, 2000. |
| 81. | Notice of Appeal filed by Attorney Timblin on March 15, 2000. |
| 82. | Designation of the Record filed by Attorney Timblin on August 25, 2000. |
| 83. | Judgment filed March 2, 2001. |
| 84. | Motion for Substitution of Counsel filed on November 21, 2002. |

| | | |
|---|---|---|
| 1 | 85. | Voucher # 19510 for Compensation and Client Billing Worksheet submitted by Attorney Mantanona for services rendered between November 5, 1998 through April 5, 1999. |

### GUAM SUPERIOR COURT CASE NO. CM 1544-98

86. Minutes of Magistrate hearing held on October 19, 1998.

87. Notice of Appointment of Counsel filed on October 26, 1998.

88. Minutes of Arraignment held on October 28, 1998.

89. Minutes of hearing held on April 28, 2000.

90. Transcript of April 28, 2000 hearing.

91. Minutes of hearing held on June 9, 2000.

92. Transcript of June 9, 2000 hearing.

93. Minutes of hearing held on November 17, 2000.

94. Transcript of November 17, 2000 hearing.

95. Minutes of hearing held on February 1, 2001.

96. Transcript of February 1, 2001 hearing.

97. Minutes of hearing held on February 5, 2001.

98. Transcript of February 5, 2001 hearing.

99. Minutes of hearing held on February 6, 2001.

96. Transcript of February 6, 2001 hearing.

97. Plea Agreement

98. Judgment filed March 2, 2001.

99. Voucher for Compensation and Client Billing Worksheet submitted by Attorney Timblin for services rendered between June 9, 2000 through February 12, 2001.

The aforementioned documents/transcripts shall be certified by the Clerk of the Superior Court as true and accurate copies of the originals on file. Chargualaf shall provide said items to the Court within ninety (90) days of the date of this order. This matter is stayed pending this Court's receipt of the requested documents.

**IT IS SO ORDERED** this _18_ day of April, 2006.

ROGER T. BENITEZ
United States District Judge

---

* The Honorable Roger T. Benitez, United States District Judge for Southern California, by designation.