# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Randy Ignacio Chargualaf, | Case No. 1:05-cv-00014 |
| Petitioner, | |
| vs. | |
| Robert D. Camacho, et al. | **CERTIFICATE OF SERVICE** |
| Respondents. | |

The following office(s)/individual(s) acknowledged receipt of the Order filed April 19, 2006, on the dates indicated below:

| | |
|---|---|
| Howard Trapp Incorporated | Office of the Attorney General |
| April 21, 2006 | April 20, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Petitioner's Motion for Relief Pursuant to 28 U.S.C. Section 2254

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 24, 2006                    /s/ Renee M. Martinez
                                                Deputy Clerk