(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for petitioner

FILED
DISTRICT COURT OF GUAM
JUL 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| RANDY IGNACIO CHARGUALAF, | ( ) | Civil Case No. 05-00014 |
| Petitioner, | ( ) | STIPULATION |
| vs. | ( ) | |
| ROBERT D. CAMACHO, Director of Corrections, Government of Guam, and THE ATTORNEY GENERAL OF GUAM, | ( ) ( ) ( ) | |
| Respondents. | ( ) | |

------------

It is stipulated that the time for serving and filing a certified copy of item "68. Complete Transcripts and Minutes of the entire Jury Trial from Jury Selection to Verdict including any conferences and or hearings that were held outside of the presence of the jury. (November 1, 1999 through November 9, 1999)" of the order of April 19, 2006, be extended to August 13, 2006.

The reasons for this stipulation are that the proceedings described in item 68 are in the process of being transcribed by one of the Official Court Reporters of the Superior Court of Guam, that is to say, by a certain Jeanette B. Roberto, and that Ms. Roberto

ORIGINAL

(STIPULATION)
Civil Case No. 05-00014

advises that her "guesstimate" of the date by which the transcript will be completed is approximately one month from today.

Dated at Hagåtña, Guam, this 13th day of July, 2006.

_____  
MARIANNE WOLOSCHUK  
ASSISTANT ATTORNEY GENERAL  
Attorney for respondents

_____  
HOWARD TRAPP  
For HOWARD TRAPP INCORPORATED  
Attorney for petitioner

### VERIFICATION

I, Howard Trapp, declare that I am the attorney for petitioner in the above entitled matter; that I have read the foregoing stipulation; and that the same is true of my own knowledge, except as to those things which are therein stated on information and belief, and as to those things I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2006, at Hagåtña, Guam.

_____  
HOWARD TRAPP