(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for petitioner

FILED
DISTRICT COURT OF GUAM
JUL 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| RANDY IGNACIO CHARGUALAF, | ) | Civil Case No. 05-00014 |
| Petitioner, | ) | DECLARATION |
| vs. | ) | |
| ROBERT D. CAMACHO, Director of Corrections, Government of Guam, and THE ATTORNEY GENERAL OF GUAM, | ) | |
| Respondents. | ) | |

I, Charlene C. Cruz, declare that I am an administrative assistant in the office of Howard Trapp, Esq., the attorney for petitioner herein.

2. On April 19, 2006, the Court ordered petitioner "to provide the Court with [certain] additional documents/portions of the record."

3. Among the "additional documents/portions of the record" is item "47. Exparte Motion to Withdraw as Counsel filed by Attorney Mantanona on March 16, 1999."

ORIGINAL

(DECLARATION)
Civil Case No. 05-00014

      4.    I have searched the files and records of the Superior Court of Guam for item 47.

      5.    I have enlisted the assistance of one of the Deputy Clerks of the Superior Court of Guam in my search of the files and records of the Superior Court of Guam for item 47.

      6.    I have sought a copy of item 47 from The Mantanona Law Office.

      7.    I have sought a copy of item 47 from Terence E. Timblin, Esq.

      8.    I have sought a copy of item 47 from the Office of the Attorney General of Guam.

      9.    I have not through the exercise of due diligence been able to find or obtain item 47 or a copy thereof.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on July 13, 2006, at Hagåtña, Guam.

                                          CHARLENE C. CRUZ

(DOCUMENTS/AffidavitRChargualaf)

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for petitioner herein, and that I served the document to which this declaration is annexed on Marianne Woloschuk, Esq., Assistant Attorney General, the attorney for respondents herein, by leaving a copy at the Office of the Attorney General, The Justice Building, 287 West O'Brien Drive, Hagåtña, Guam, Ms. Woloschuk's last known address, with a person in charge thereof, on July 14, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2006, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ