HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for petitioner

**FILED**

DISTRICT COURT OF GUAM

JUL 1 4 2006 *nbc*

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| RANDY IGNACIO CHARGUALAF, | ( | Civil Case No. 05-00014 |
| | ) | |
| Petitioner, | ( | DECLARATION OF SERVICE |
| | ) | |
| vs. | ( | |
| | ) | |
| ROBERT D. CAMACHO, | ( | |
| Director of Corrections, | ) | |
| Government of Guam, and | ( | |
| THE ATTORNEY GENERAL OF GUAM, | ) | |
| | ( | |
| Respondents. | ) | |

------------

I, Charlene C. Cruz, declare, that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for petitioner herein, and that on July 14, 2006, and with the exception of items 47 and 68, I served each of the items set forth in the order of April 19, 2006, on Marianne Woloschuk, Esq., Assistant Attorney General of Guam, the attorney for respondents herein, by leaving a copy thereof at her office at The Justice Building, 287 West O'Brien Drive, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2006 at Hagåtña, Guam.

_____
CHARLENE C. CRUZ

(DOCUMENT\DeclareService.RChargualaf)

ORIGINAL