HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for petitioner



**FILED**
DISTRICT COURT OF GUAM
JUL 20 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

RANDY IGNACIO CHARGUALAF, ) Civil Case No. 05-00014
)
    Petitioner, ) ORDER
)
vs. )
)
ROBERT D. CAMACHO, )
Director of Corrections, )
Government of Guam, and )
THE ATTORNEY GENERAL OF GUAM, )
)
    Respondents. )

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the time for serving and filing a certified copy of item "68. Complete Transcripts and Minutes of the entire Jury Trial from Jury Selection to Verdict including any conferences and or hearings that were held outside of the presence of the jury (November 1, 1999 through November 9, 1999)" of the order of April 19, 2006, is extended to August 14, 2006.

Dated at Hagåtña, Guam, this 20th day of July 2006.

Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge