(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for petitioner

FILED
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| RANDY IGNACIO CHARGUALAF, | ( ) | Civil Case No. 05-00014 |
| Petitioner, | ( ) | STIPULATION |
| vs. | ( ) | |
| ROBERT D. CAMACHO, Director of Corrections, Government of Guam, and THE ATTORNEY GENERAL OF GUAM, | ( ) ( ) ( ) | |
| Respondents. | ( ) | |

------------

It is stipulated that the time for serving and filing a certified copy of the transcripts described in the order of July 20, 2006, be extended for one week, that is to say, to August 21, 2006.

The reasons for this stipulation are that the transcripts are in the process of being prepared by one of the Official Court Reporters of the Superior Court of Guam, that is to say, by a certain Jeanette B. Roberto, and that Ms. Roberto advises that although she promised the transcripts by today, she ran into a snag over this last weekend, and the day by which the transcripts will

(STIPULATION)
Civil Case No. 05-00014

now be prepared is Wednesday, August 16, 2006.

Dated at Hagåtña, Guam, this 14th day of August, 2006.

_____  _____
MARIANNE WOLOSCHUK              HOWARD TRAPP
ASSISTANT ATTORNEY GENERAL      For HOWARD TRAPP INCORPORATED
Attorney for respondents        Attorney for petitioner

### VERIFICATION

I, Howard Trapp, declare that I am the attorney for petitioner in the above entitled matter; that I have read the foregoing stipulation; and that the same is true of my own knowledge, except as to those things which are therein stated on information and belief, and as to those things I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2006, at Hagåtña, Guam.

_____
HOWARD TRAPP

2