(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for petitioner

```
                                    FILED
                            DISTRICT COURT OF GUAM
                                 AUG 15 2006
                                MARY L.M. MORAN
                                CLERK OF COURT
```

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| RANDY IGNACIO CHARGUALAF, | ( | Civil Case No. 05-00014 |
| Petitioner, | ) ( ) | |
| vs. | ( ) | |
| ROBERT D. CAMACHO, Director of Corrections, Government of Guam, and THE ATTORNEY GENERAL OF GUAM, | ( ) ( ) ( | ORDER |
| Respondents. | ) | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the time for serving and filing a certified copy of the transcripts described in the order of July 20, 2006, is extended to August 21, 2006.

Dated at Hagåtña, Guam, this 15th day of August 2006.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge