HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for petitioner

# FILED
DISTRICT COURT OF GUAM

OCT 1 9 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| RANDY IGNACIO CHARGUALAF, | ( | Civil Case No. 05-00014 |
| | ) | |
| Petitioner, | ( | DECLARATION OF SERVICE |
| | ) | |
| vs. | ( | |
| | ) | |
| ROBERT D. CAMACHO, | ( | |
| Director of Corrections, | ) | |
| Government of Guam, and | ( | |
| THE ATTORNEY GENERAL OF GUAM, | ) | |
| | ( | |
| Respondents. | ) | |

I, Charlene C. Cruz, declare, that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for petitioner herein, and that I served the document to which this declaration is annexed on Marianne Woloschuk, Esq., Assistant Attorney General of Guam, the attorney for respondents herein, by leaving a copy thereof at her office at The Justice Building, 287 West O'Brien Drive, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2006 at Hagåtña, Guam.

CHARLENE C. CRUZ

(DOCUMENT\DeclareService.RChargualaf)

## ORIGINAL

FILED
SUPERIOR COURT
OF GUAM

2006 OCT 17 AM 11: 12

CLERK OF COURT

BY

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| **THE PEOPLE OF GUAM,**<br>**versus**<br>**RANDY I. CHARGUALAF,**<br>**Defendant.** | **Criminal Case No. CF0317-97**<br>**DECLARATION** |

**I, Jeanette B. Roberto, Court Transcriber, having been first duly sworn, depose and say that:**

**1. A Request for Transcripts (Other than Appeal) was submitted to the Court Reporters Unit by Charlene Torres on April 27, 2006 for the following proceedings:**

**(a) Criminal Trial Setting held on May 8, 1998 recorded on tape number T98-0623 at Log Reading 2710. I listened to tape number T98-0623 in its entirety on two separate occasions and found that there is no recording of this hearing contained on that tape;**

**(b) Pretrial Conference held on January 28, 1999, no tape number indicated. I reviewed the minute sheets for this hearing and found no tape number indicated. I verified this information with our AS400 system and discovered that this hearing did not take place and all that transpired on that day was the setting of the Jury Selection for October 19th, 1999;**

**(c) Pretrial Conference heard on October 4, 1999 recorded on tape number T99-1642 at Log Reading 705. I listened to tape number T99-1642 in its entirely on two separate occasions found that there is no recording of this hearing contained on that tape.**

**Based on the foregoing, I am unable to produce transcripts for the dates indicated above for this case.**

J Roberto

**JEANETTE ROBERTO**
**Court Transcriber**

**SUBSCRIBED AND SWORN to before me this 17th day of October, 2006.**

Richard B Martinez

**RICHARD B. MARTINEZ**
**Clerk of Court**

FILED
SUPERIOR COURT
OF GUAM

2006 OCT 17 AM 11: 12

CLERK OF COURT

BY

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| **THE PEOPLE OF GUAM,**<br>**versus**<br>**RANDY I. CHARGUALAF,**<br>**Defendant.** | **Criminal Case No. CM1544-98**<br>**DECLARATION** |

**I, Jeanette B. Roberto, Court Transcriber, having been first duly sworn, depose and say that:**

**1. A Request for Transcripts (Other than Appeal) was submitted to the Court Reporters Unit by Charlene Torres on April 27, 2006 for the following proceeding:**

**(a) Pretrial Conference/Further Proceedings held on February 5, 2001, no tape number indicated. I reviewed the minute sheets for this hearing and verified that there was no tape number indicated. I verified this information with our AS400 system and discovered that this hearing did not take place and all that transpired on that day was the setting of a Further Proceedings for February 6, 2001.**

**Based on the foregoing, I am unable to produce a transcript for the date indicated above for this case.**

**JEANETTE ROBERTO**
**Court Transcriber**

**SUBSCRIBED AND SWORN to before me this 17th day of October, 2006.**

**RICHARD B. MARTINEZ**
**Clerk of Court**