# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT D. CAMACHO, etc., et al.,<br><br>Respondents. | CIVIL CASE NO. 05-00014<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order re Petitioner's Motion for Relief Pursuant to 28 U.S.C. § 2254 filed on March 12, 2007.

Dated this 13th day of March, 2007, Hagatna, Guam.

                                                  MARY L. M. MORAN
                                                  Clerk of Court

                                                  By: /s/ Renee M. Martinez
                                                        Deputy Clerk