# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF, | CIVIL CASE NO. 05-00014 |
| Petitioner, | |
| vs. | **NOTICE OF ENTRY** |
| ROBERT D. CAMACHO, etc., et al., | |
| Respondents. | |

Notice is hereby given that on the date indicated below this court entered on the docket of the above-entitled case the following:

**Clerk's Judgment filed March 13, 2007**
**Date of Entry: March 13, 2007**

The original judgment is on file at the Clerk's Office of this Court. The document may viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov.

Dated this 13th day of March, 2007.

MARY L.M. MORAN
Clerk, District Court of Guam

By: /s/ Renee M. Martinez
Deputy Clerk