(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Petitioner



FILED
DISTRICT COURT OF GUAM

MAR 19 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

---

| | | |
|---|---|---|
| RANDY IGNACIO CHARGUALAF, | ) ( | Civil Case No. 05-00014 |
| Petitioner, | ) ( | MOTION FOR CERTIFICATE OF APPEALABILITY |
| vs. | ) ( | |
| ROBERT D. CAMACHO, Director of Corrections, Government of Guam, and THE ATTORNEY GENERAL OF GUAM, | ) ( ) ( ) ( ) | |
| Respondents. | ( | |

---

This Court, by its judgment entered on March 13, 2007, denied Petitioner's petition for a writ of habeas corpus. Petitioner desires to appeal from such judgment to the United States Court of Appeals for the Ninth Circuit, and he respectfully moves that this Court issue a certificate of appealability pursuant to the

ORIGINAL

(MOTION FOR CERTIFICATE OF APPEALABILITY)
Civil Case No. 05-00014

provisions of 28 U.S.C. § 2253(c), Fed. R. App. P. 22(b), and Ninth Circuit Rule 22-1, in order that he may take such appeal. This motion is made on the ground that Petitioner has made a substantial showing of the denial of a constitutional right.

Dated at Hagåtña, Guam, this 19th day of March 2007.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Petitioner

(DOC\MtnCertofAppeal.RChargualaf)

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Petitioner herein, and that on March 19, 2007, I served the document to which this declaration is annexed on Robert D. Camacho, Director of Corrections, Government of Guam, by leaving a copy thereof at Suite 502, Pacific News Building, 244 Archbishop F.C. Flores St., Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2007, at Hagåtña, Guam.

REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Petitioner herein, and that on March 19, 2007, I served the document to which this declaration is annexed on the Honorable Alicia A. Limtiaco, Attorney General of Guam, by leaving a copy thereof at The Justice Building, 287 West O'Brien Drive, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2007, at Hagåtña, Guam.

REINA Y. URBIEN