# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT D. CAMACHO,<br>Director of Corrections,<br>Government of Guam, and<br><br>THE ATTORNEY GENERAL OF GUAM,<br><br>Respondents. | Civil Case No. 05-00014<br><br>**ORDER**<br><br>Re: Motion for Certificate of Appealability |

This matter comes before the court on Petitioner Randy Ignacio Chargualaf's ("Chargualaf") Motion for Certificate of Appealability ("motion") following the court's denial of his motion to correct sentence pursuant to 28 U.S.C. § 2255. A certificate of appealability may be issued from a final order in a proceeding under § 2255 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Chargualaf has made no such showing. Further, Chargulaf has failed to demonstrate that the issues surrounding this court's denial of his § 2255 petition are "debatable among jurists of reason." *See, Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002). Accordingly, Chargualaf's motion for a certificate of appealability is DENIED.

**IT IS SO ORDERED** this 28th day of March, 2007.

*/s/ Alex R. Munson*
ALEX R. MUNSON[*]
**United States District Judge**

---

[*] The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.