(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Petitioner



**FILED**
DISTRICT COURT OF GUAM

MAR 29 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| RANDY IGNACIO CHARGUALAF, | ( ) | Civil Case No. 05-00014 |
| Petitioner, | ( ) | NOTICE OF APPEAL |
| vs. | ( ) | |
| ROBERT D. CAMACHO, Director of Corrections, Government of Guam, and THE ATTORNEY GENERAL OF GUAM, | ( ) ( ) ( ) | |
| Respondents. | ( ) | |

------------

Notice is hereby given that Randy Ignacio Chargualaf, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment denying Petitioner's petition for writ of habeas corpus entered in this action on March 13, 2007.

Dated at Hagåtña, Guam, this 29th day of March, 2007.

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Petitioner

ORIGINAL