# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

March 30, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

07-15585

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
APR 10 2007
FILED ____
DOCKETED ____
DATE ____
INITIAL ____

OFFICE OF THE CLERK
U. S. Court of Appeals
for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA 94119-3939

RE: CIVIL CASE NO. 05-00014
Randy Ignacio Chargualaf vs Robert D. Camacho, Government of Guam, and The Attorney General of Guam

In reference to the above-entitled case, enclosed herewith are the following documents:

(X) Certified copy of **Notice of Appeal, filed 03/29/2007**

(X) Certified copy of **Order Denying Petition for Writ of Habeas Corpus fld 03/12/2007; Judgment fld 03/13/2007**

(X) Certified copy of Docket Sheet

(X) Notice of Appeal Notification Form

(X) Excerpts of Record (Entire Case File)

(X) Other - **Motion for Certificate of Appealability fld 3/19/2007; Order Denying Motion for Certificate of Appealability fld 3/28/2007**

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures
cc: Howard Trapp    Marianne Woloschuk