# United States District Court

_____ DISTRICT OF _____

RANDY IGNACIO CHARGUALAF

V.

ROBERT D. CAMACHO,
Director of Corrections,
Government of Guam, and
THE ATTORNEY GENERAL OF
GUAM,

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION ~~AND ORDER~~

CASE NUMBER: CV 05-00014

**FILED**
DISTRICT COURT OF GUAM
MAR 29 2007
MARY L.M. MORAN
CLERK OF COURT

I, RANDY IGNACIO CHARGUALAF, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: Petitioner's counsel did not argue on direct appeal from the judgment of conviction that the trial court erred in denying petitioner's motion to substitute counsel. According to petitioner's counsel, "I never considered that point." The failure of petitioner's counsel to argue on direct appeal from the judgment of conviction that the trial court erred in denying petitioner's motion to substitute counsel requires that petitioner's conviction be vacated.

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes [ ] No [x]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    
    1996

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment    Yes [ ] No [x]
    b. Rent payments, interest or dividends?    Yes [ ] No [x]
    c. Pensions, annuities or life insurance payments?    Yes [ ] No [x]
    d. Gifts or inheritances?    Yes [x] No [ ]
    e. Any other sources?    Yes [ ] No [x]

**ORIGINAL**

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. The amount of money received was from my parents totaling $488.35

ORIGINAL

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes [X]   No [ ]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $488.35

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]   No [X]
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03-29-07__
         (Date)                                    Signature of Applicant

RECEIVED
MAR 29 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

---

**CERTIFICATE**
(Prisoner Accounts Only)

2/16/07 Balance

I certify that the applicant named herein has the sum of $ __488.35__ on account to his credit at the __Canteen at the Department of Corrections__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

__Kil Yong Kim__          MAJOR FRANCISCO B. CRISOSTOMO, Warden
                          Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |

_____  _____        _____  _____
United States Judge   Date          United States Judge   Date
                                    or Magistrate

NAME: Chargulaf Ronald Ignacio    SS# 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    UNIT: ___

## ACCOUNT LEDGER

| Date | Receipt Number | Deposit | New Total Balance | Purchase #1 | Purchase #2 | Purchase #3 | Purchase #4 | New Balance |
|---|---|---|---|---|---|---|---|---|
| DEC 29 2006 | | Con. w. | $49.75 | 6.50 = $48.25 | — | — | — | $48.25 |
| JAN 02 2007 | | Con. w. | $48.25 | 6.50 = $41.75 | — | — | — | $41.75 |
| JAN 25 2007 | | 3k | $66.75 | 6.50 = $60.25 | — | — | — | $60.25 |
| JAN 29 2007 | | 20. | $80.25 | 7.60 = $72.65 | — | — | — | $72.65 |
| FEB 15 2007 | | 3k | $74.15 | 25.50 = $48.65 | — | — | — | $48.65 |
| FEB 16 2007 | | | $4.15 | — | — | — | — | $4.15 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |