# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT D. CAMACHO,<br>Director of Corrections,<br>Government of Guam, and<br><br>THE ATTORNEY GENERAL OF GUAM,<br><br>Respondents. | Civil Case No. 05-00014<br><br>**ORDER**<br><br>Re: Petitioner's Application to<br>Proceed in *Forma Pauperis*<br>For Purposes of Appeal |

The Court is in receipt of Petitioner Randy Chargualaf's ("Chargualaf") "Application to Proceed in *Forma Pauperis*" for purposes of appealing this court's order denying Chargualaf's Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.[1] *See* Docket No. 18. Upon review of Chargualaf's application, the court finds that Chargualaf qualifies to proceed in *forma pauperis* without prepayment of fees or security therefor. 28 U.S.C. § 1915(a)(1) and (3); FED. R. APP. P. 24(a). However, Chargualaf shall be required to pay the full amount of the filing fee. 28 U.S.C. 1915(a)(1). This court will refer the assessment of an initial filing fee and subsequent payment plan under 28 U.S.C. § 1915(a)(1) and (2) to the Ninth Circuit Court of Appeals. Accordingly, Chargualaf's request to proceed in *forma pauperis* is hereby **GRANTED**.

IT IS SO ORDERED this 24th day of April, 2007.

ALEX R. MUNSON[*]
**United States District Judge**

---

[1] The court also denied Chargualaf's subsequent Request for a Certificate of Appealability. *See* Docket No. 22.

[*] The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
FILED
DISTRICT COURT OF GUAM
APR 24 2007
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT D. CAMACHO,<br>Director of Corrections,<br>Government of Guam, and<br><br>THE ATTORNEY GENERAL OF GUAM,<br><br>Respondents. | Civil Case No. 05-00014<br><br>**ORDER**<br><br>Re: Petitioner's Application to<br>Proceed in *Forma Pauperis*<br>For Purposes of Appeal |

The Court is in receipt of Petitioner Randy Chargualaf's ("Chargualaf") "Application to Proceed in *Forma Pauperis*" for purposes of appealing this court's order denying Chargualaf's Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.[1] *See* Docket No. 18. Upon review of Chargualaf's application, the court finds that Chargualaf qualifies to proceed in *forma pauperis* without prepayment of fees or security therefor. 28 U.S.C. § 1915(a)(1) and (3); FED. R. APP. P. 24(a). However, Chargualaf shall be required to pay the full amount of the filing fee. 28 U.S.C. 1915(a)(1). This court will refer the assessment of an initial filing fee and subsequent payment plan under 28 U.S.C. § 1915(a)(1) and (2) to the Ninth Circuit Court of Appeals. Accordingly, Chargualaf's request to proceed in *forma pauperis* is hereby **GRANTED**.

IT IS SO ORDERED this 24th day of April, 2007.

ALEX R. MUNSON[*]
**United States District Judge**

---

[1] The court also denied Chargualaf's subsequent Request for a Certificate of Appealability. *See* Docket No. 22.

[*] The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.