# United States District Court
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

May 1, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

OFFICE OF THE CLERK
U. S. Court of Appeals
 for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA   94119-3939

RE:   CIVIL CASE NO. 05-00014 - C.A. No. 07-15585
      Randy Ignacio Chargualaf vs Robert D. Camacho, Government of Guam, and
      The Attorney General of Guam

In reference to the above-entitled case, enclosed herewith are the following documents:

( )   Certified copy of

(X)   Certified copy of **Application to Proceed In Forma Pauperis, Supporting Documentation, filed April 23, 2007; Order granting Petitioner's Application to Proceed In Forma for Purposes of Appeal, filed April 24, 2007**

(X)   Certified copy of Docket Sheet

( )   Notice of Appeal Notification Form

( )   Excerpts of Record

( )   Other

   Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures

# United States District Court

_____ DISTRICT OF _____

RANDY IGNACIO CHARGUALAF

V.

ROBERT D. CAMACHO,
Director of Corrections,
Government of Guam, and
THE ATTORNEY GENERAL OF
GUAM,

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION ~~AND ORDER~~

CASE NUMBER: CV 05-00014

---

I, RANDY IGNACIO CHARGUALAF, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

**FILED**
DISTRICT COURT OF GUAM
MAR 29 2007
MARY L.M. MORAN
CLERK OF COURT

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: Petitioner's counsel did not argue on direct appeal from the judgment of conviction that the trial court erred in denying petitioner's motion to substitute counsel. According to petitioner's counsel, "I never considered that point." The failure of petitioner's counsel to argue on direct appeal from the judgment of conviction that the trial court erred in denying petitioner's motion to substitute counsel requires that petitioner's conviction be vacated.

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   1996

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☒   No ☐
   e. Any other sources?   Yes ☐   No ☒

**ORIGINAL**

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months." The amount of money received was from my parents totaling $488.35.

OBJECTIVT

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes [X]    No [ ]    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $488.35

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]    No [X]
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03-29-07
              (Date)                          _____
                                              Signature of Applicant

RECEIVED
MAR 29 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

---

**CERTIFICATE**
(Prisoner Accounts Only)

2/16/07 Balance

I certify that the applicant named herein has the sum of $ __488.35__ on account to his credit at the __Canteen at the Department of Corrections__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____         MAJOR FRANCISCO B. CRISOSTOMO, Warden
                                Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge    Date   | United States Judge    Date   |
|                               | or Magistrate                 |

#221

**NAME:** Chagulaf Randy Ignacio   **SS#** 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   **UNIT** #6

## ACCOUNT LEDGER

| Date | Receipt Number | Deposit | Balance | Purchase #1 | Purchase #2 | Purchase #3 | Purchase #4 | New Balance |
|---|---|---|---|---|---|---|---|---|
| DEC 29 2006 | | con n | 424.78 | − 6.50 = 418.28 | − | − | − | 418.28 |
| JAN 02 2007 | | con n | 418.28 | − 6.50 = 411.78 | − | − | − | 411.78 |
| JAN 25 2007 | | 34 | 446.78 | − | − | − | − | 446.78 |
| JAN 29 2007 | | con | 446.78 | − 7.60 = 439.18 | − | − | − | 439.18 |
| FEB 15 2007 | | 34 | 466.18 | − 25.00 = 441.18 | − | − | − | 441.18 |
| FEB 16 2007 | | 34 | 414.18 | − | − | − | − | 408.34 |

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT D. CAMACHO,<br>Director of Corrections,<br>Government of Guam, and<br><br>THE ATTORNEY GENERAL OF GUAM,<br><br>Respondents. | Civil Case No. 05-00014<br><br>**ORDER**<br><br>Re: Petitioner's Application to<br>Proceed in *Forma Pauperis*<br>For Purposes of Appeal |

The Court is in receipt of Petitioner Randy Chargualaf's ("Chargualaf") "Application to Proceed in *Forma Pauperis*" for purposes of appealing this court's order denying Chargualaf's Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.[1] *See* Docket No. 18. Upon review of Chargualaf's application, the court finds that Chargualaf qualifies to proceed in *forma pauperis* without prepayment of fees or security therefor. 28 U.S.C. § 1915(a)(1) and (3); FED. R. APP. P. 24(a). However, Chargualaf shall be required to pay the full amount of the filing fee. 28 U.S.C. 1915(a)(1). This court will refer the assessment of an initial filing fee and subsequent payment plan under 28 U.S.C. § 1915(a)(1) and (2) to the Ninth Circuit Court of Appeals.

Accordingly, Chargualaf's request to proceed in *forma pauperis* is hereby GRANTED.

IT IS SO ORDERED this 24th day of April, 2007.

ALEX R. MUNSON[*]
United States District Judge

I hereby certify that this instrument is a true copy of the original on file in this office.

ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam

By: Marilyn B. Alcon
Deputy Clerk

---

[1] The court also denied Chargualaf's subsequent Request for a Certificate of Appealability. *See* Docket No. 22.

[*] The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.

APPEAL, STAYED

# Civil/Criminal CM/ECF System
## District Court of Guam (Hagatna)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00014

Chargualaf v. Camacho  
Assigned to: U.S. District Judge Alex R. Munson  
Demand: $0  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/05/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Randy Ignacio Chargualaf**  
*TERMINATED: 03/13/2007*

represented by **Howard Trapp**  
Howard Trapp Incorporated  
Suite 200, Saylor Building  
139 Chalan Santo Papa  
Hagatna, GU 96910  
671-477-7000  
Fax: 671-477-2040  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Robert D. Camacho**  
*Director of Corrections*  
*TERMINATED: 03/13/2007*

**Respondent**

**Attorney General of Guam**  
*TERMINATED: 03/13/2007*

I hereby certify that the annexed instrument is a true copy of the original on file in my office.  
ATTEST: CLERK OF COURT  
District Court of Guam  
Territory of Guam  
By: /s/ Manly B. Glcn  
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2005 | 1 | PETITION for Writ of Habeas Corpus; Filed by: PET Randy Ignacio Chargualaf [RMM EOD 05/06/2005] Receipt Number 0026342, Fee Amount $5.00. (ORIGINAL GCMS ENTRY 1-1) (cnv) (Entered: 05/05/2005) |
| 05/05/2005 | 2 | EXCERPTS of Records (copy); Filed by: PET Randy Ignacio Chargualaf [RMM EOD 05/06/2005] (ORIGINAL GCMS ENTRY 2-1) (cnv) (Entered: 05/05/2005) |
| 06/13/2005 | 3 | ORDER - The respondents shall have until 07/15/05 to file any opposition to petitioner's filing. If an opposition is received, petitioner has 30 days from receipt of opposition to file a reply. If the Court finds that a hearing is necessary, one shall be set at a later date; [SAI EOD 06/14/2005] (ORIGINAL GCMS ENTRY 3-1) (cnv) (Entered: 06/13/2005) |
| 07/15/2005 | 4 | OPPOSITION to Petition for Writ of Habeas Corpus; Filed by: RESP Robert D. Camacho, Director Of Corrections, RESP Attorney General Of Guam [WMT EOD 07/15/2005] (ORIGINAL GCMS ENTRY 4-1) (cnv) (Entered: 07/15/2005) |
| 07/20/2005 | 5 | DECLARATION of Service - re doc#4; Filed by: RESP Attorney General Of Guam [RMM EOD 07/20/2005] (ORIGINAL GCMS ENTRY 5-1) (cnv) (Entered: 07/20/2005) |
| 08/11/2005 | 6 | Reply to Opposition re 4 Response filed by Randy Ignacio Chargualaf. (rmm, ) (Entered: 08/11/2005) |
| 04/19/2006 | 7 | Order re 1 Petition for Writ of Habeas Corpus - After review of the pleadings and excerpts of the record from the Superior Court of Guam, the Court finds that it is in need of additional portions of the record. Petitioner Chargualaf is ordered to provide the Court with additional documents/portions of the record. The documents/transcripts shall be certified by the Clerk of the Superior Court as true and accurate copies of the originals on file. Petitioner Chargualaf shall |

| | | |
|---|---|---|
| | | provide said items to the Court within 90 days of the date of this order. This matter is stayed pending this Court's receipt of the requested documents. Signed by Judge Roger T. Benitez on 4/18/2006. (rmm, ) (Entered: 04/20/2006) |
| 04/24/2006 | 8 | Certificate of Service re 7 Order. (rmm, ) (Entered: 04/24/2006) |
| 07/14/2006 | 9 | Stipulation for Extension of Time to File filed by Randy Ignacio Chargualaf. (vtk, ) (Entered: 07/14/2006) |
| 07/14/2006 | 10 | Additional Documents - Portions of Record filed by Randy Ignacio Chargualaf (Related document: 1 Petition for Writ of Habeas Corpus). (Attachments: # 1 Divided for Imaging Purposes# 2 Divided for Imaging Purposes# 3 Divided for Imaging Purposes# 4 Divided for Imaging Purposes# 5 Divided for Imaging Purposes# 6 Divided for Imaging Purposes# 7 Divided for Imaging Purposes# 8 Divided for Imaging Purposes# 9 Divided for Imaging Purposes# 10 Divided for Imaging Purposes# 11 Divided for Imaging Purposes# 12 Divided for Imaging Purposes# 13 Divided for Imaging Purposes# 14 Divided for Imaging Purposes# 15 Divided for Imaging Purposes# 16 Divided for Imaging Purposes)(vtk, ) (Entered: 07/17/2006) |
| 07/14/2006 | 11 | Declaration filed by Randy Ignacio Chargualaf re 10 Additional Documents - Portions of Record (Related document: 1 Petition for Writ of Habeas Corpus). (vtk, ) (Entered: 07/17/2006) |
| 07/14/2006 | 12 | Certificate of Service filed by Randy Ignacio Chargualaf re 10 Additional Documents - Portions of Record (Related document: 1 Petition for Writ of Habeas Corpus). (vtk, ) (Entered: 07/17/2006) |
| 07/20/2006 | 13 | Order granting 9 Motion for Extension of Time to File. The time for filing a certified copy of item "68. Complete Transcripts and Minutes of the entire Jury Trial from Jury Selection to Verdict including any conferences and or hearings that were held outside the presence of the jury (November 1, 1999 through November 9, 1999)" of the order of April 19, 2006, is extended to August 14, 2006. Signed by Judge Joaquin V.E. Manibusan Jr. on 7/20/2006. (vtk, ) (Entered: 07/20/2006) |
| 08/14/2006 | 14 | Stipulation filed by Randy Ignacio Chargualaf (Related Documents: 9 Motion for Extension of Time to File, 13 Order on Motion for Extension of Time to File). (vtk, ) (Entered: 08/15/2006) |
| 08/15/2006 | 15 | Order granting 14 Stipulation. The time for serving and filing a certified copy of the transcripts described in the order of 7/20/2006, is extended to 8/21/2006.Signed by Judge Joaquin V.E. Manibusan Jr. on 8/15/2006. (vtk, ) (Entered: 08/15/2006) |
| 08/18/2006 | 16 | Additional Document - Portion of Record filed by Randy Ignacio Chargualaf (Related document: 1 Petition for Writ of Habeas Corpus). (Attachments: # 1 Jury Selection Minutes and Transcript # 2 Jury Selection Transcript # 3 Jury Trial Minute Entry - Day 1 and Transcript # 4 Jury Trial Vol. II of IV (5) Jury Trial Vol. II of IV # 6 Jury Trial Vol. II of IV # 7 Jury Trial Vol. II of IV # 8 Jury Trial Minute Entry - Day 2 and Vol. III # 9 Jury Trial Vol. III # 10 Jury Trial Vol. III # 11 Jury Trial Vol. III # 12 Continued Jury Trial Day 3 # 13 Continued Jury Trial Day 3 # 14 Continued Jury Trial Day 3 # 15 Jury Trial Minute Entry - Day 3 and Vol. IV of IV # 16 Verdict )(vtk, ) **Modified on 8/23/2006 to edit docket text** (vtk, ). (Entered: 08/21/2006) |
| 10/19/2006 | 17 | Declaration of Service filed by Randy Ignacio Chargualaf. (rmm, ) (Entered: 10/20/2006) |
| 03/12/2007 | 18 | Order denying 1 Petition for Writ of Habeas Corpus. Signed by Judge Alex R. Munson on 3/12/2007. (rmm, ) (Entered: 03/12/2007) |
| 03/13/2007 | 19 | Clerk's Judgment(rmm, ) (Entered: 03/13/2007) |
| 03/13/2007 | 20 | Notice of Entry re 19 Clerk's Judgment. (rmm, ) (Entered: 03/13/2007) |
| 03/13/2007 | | Court Certificate of Service re 20 Notice of Entry, 19 Clerk's Judgment, 18 Order - Howard Trapp Incorporated acknowledged receipt on 3/13/2007, Office Of The Attorney General acknowledged receipt on 3/13/2007. (rmm, ) (Entered: 03/13/2007) |
| 03/19/2007 | 21 | Motion for Certificate of Appealability filed by Randy Ignacio Chargualaf. (vtk, ) (Entered: 03/19/2007) |
| 03/28/2007 | 22 | Order denying 21 Motion for Certificate of Appealability. Signed by Judge Alex R. Munson on 3/28/2007. (vtk, ) (Entered: 03/28/2007) |
| 03/28/2007 | 23 | Notice of Entry re 22 Order on Motion for Certificate of Appealability (Related document: 21 Motion for Certificate of Appealability). (vtk, ) (Entered: 03/28/2007) |

| | | |
|---|---|---|
| 03/29/2007 | 24 | Notice of Appeal as to 19 Clerk's Judgment filed by Randy Ignacio Chargualaf. (mba, ) (Entered: 03/29/2007) |
| 03/29/2007 | 26 | Motion for Leave to Proceed in forma pauperis filed by Randy Ignacio Chargualaf. (mba, ) **Modified on 5/1/2007 to correct filed date from 04/23/2007 to 03/29/2007** (vtk, ) (Entered: 04/23/2007) |
| 04/03/2007 | | Notice of Appeal Notification Form; Notice of Appeal and certified copy of docket sheet transmitted to Ninth Circuit Court and all parties re 24 Notice of Appeal. (mba, ) (Entered: 04/03/2007) |
| 04/17/2007 | 25 | USCA Case Number 07-15585 as to Randy Ignacio Chargualaf re 24 Notice of Appeal. (mba, ) (Entered: 04/17/2007) |
| 04/24/2007 | 27 | Order granting 26 Motion for Leave to Proceed in forma pauperis. However, Chargualaf shall be required to pay the full amount of the filing fee. Signed by Judge Alex R. Munson on 4/24/2007. (rmm, ) (Entered: 04/24/2007) |
| 04/25/2007 | | Court Certificate of Service re 27 Order granting 26 Motion for Leave to Proceed in forma pauperis - Howard Trapp Incorporated acknowledged receipt on 4/25/2007, Randy Chargualaf served by first class mail to the Department of Corrections, P.O. Box 3236, Hagatna, Guam 96910. (rmm, ) (Entered: 04/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/02/2007 09:58:28 | | | |
| PACER Login: | us7915 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00014 |
| Billable Pages: | 3 | Cost: | 0.24 |