FILED
AUG 02 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RANDY IGNACIO CHARGUALAF,<br><br>Petitioner - Appellant,<br><br>v.<br><br>ROBERT D. CAMACHO, Director of Corrections; et al.,<br><br>Respondents - Appellees. | No. 07-15585<br><br>D.C. No. CV-05-00014-ARM<br>District of Guam,<br>Agana<br><br>ORDER |

FILED
DISTRICT COURT OF GUAM
AUG -7 2007
JEANNE G. QUINATA
Clerk of Court

Before: HAWKINS and BYBEE, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied as moot.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
AUG 02 2007
by Deputy Clerk